FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTO ALVAREZ,<br><br>                Plaintiff,<br><br>vs.<br><br>YAKIMA POLICE DEPARTMENT, et al.,<br><br>                Defendant. | No. 1:19-CV-03272-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO RENEW |

Before the Court is Plaintiff's Application to Proceed *In Forma Pauperis*.

A review of the affidavit of indigency reveals a lack of information concerning Plaintiff's income, expenses, and past litigation. First, Plaintiff failed to completely answer question three. He states that he has received income in the form of business, profession, or self-employment, but he did not state the amount from the prior 12 months or the source of the income. Second, Plaintiff failed to state how he provides for his basic needs, such as food or housing. He answered question six with only the value of his car payment. Third, Plaintiff failed to fully answer question nine. He provided the year, the court, and the case number for past litigation, but failed to provide the type of the case (i.e. criminal or civil). Accordingly, the court is unable to allow Plaintiff to proceed *in forma pauperis*.

Within thirty (30) days of the date of this Order, Plaintiff shall pay the full

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ~ 1

filing fee or submit a properly completed Application to Proceed *In Forma Pauperis*.

**IT IS SO ORDERED.**

DATED November 19, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2