AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 18, 2020**

SEAN F. McAVOY, CLERK

ALBERTO ALVAREZ,

*Plaintiff*

v.

YAKIMA POLICE DEPARTMENT; MARK WILLIAMS; RYAN AVERY; D. DIAZ; BROOKE WRIGHT, Washington State Deputy Prosecuting Attorney; and YERICA MERAZ,

*Defendant*

Civil Action No.   1:19-CV-03272-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Yerica Meraz's Motion to Dismiss (ECF No. 13) Defendants Yakima Police Department, Mark Williams, Ryan Avery, and D. Diaz's Motion to Dismiss (ECF No. 15) and Defendant Brooke Wright's Motion to Dismiss (ECF No. 19) are GRANTED. Plaintiff's claims against them are dismissed with prejudice.
All other Motions filed in this case are DENIED or DISMISSED AS MOOT.
Judgment is entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN   on motions to Dismiss (ECF Nos. 13, 15, and 19)

Date:   06/18/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates